# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 5922 | **DATE** | 11/30/2004 |
| **CASE TITLE** | Directv Inc. vs. William Woodlock | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Woodlock's entire responsive pleading is stricken, with leave being granted to him to file a proper Amended Answer in this Court's chambers on or before December 13, 2004.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | DEC 02 2004 date docketed | 7 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | GMA docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 12/1/2004 | |
| SN | courtroom deputy's initials | | date mailed notice SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DIRECTV INC., )
)
            Plaintiff, )
)
v. ) No. 04 C 5922
)
WILLIAM WOODLOCK, )
)
            Defendant. )

**DOCKETED**
**DEC 0 2 2004**

## MEMORANDUM OPINION AND ORDER

William Woodlock ("Woodlock") has just submitted what he labels as his Answer, including no fewer than 22 purported affirmative defenses ("ADs"), to the lawsuit brought against him by DirecTV, Inc. ("DirecTV") charging him with satellite piracy. Even though pro se pleadings must be examined through a comparatively undemanding lens (Haines v. Kerner, 404 U.S. 519, 520-21 (1972)(per curiam)), Woodlock's self-prepared pleading is defective in every paragraph--and more reasonable adherence to the established principles of pleading practice, even on the part of a pro se litigant, must be insisted upon. Accordingly Woodlock's entire responsive pleading is stricken, with leave however being granted to him to file a proper Amended Answer in this Court's chambers (with a copy of course being contemporaneously transmitted to DirecTV's counsel) on or before December 13, 2004--the day before the next scheduled status hearing in this action.

As a partial guide to Woodlock for that purpose, his

attention is directed to Appendices 1 and 5 to this Court's opinion in <u>State Farm Mut. Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill. 2001). It seems highly doubtful that, given the objective good faith that is demanded of every litigant (as well as every lawyer) by Fed. R. Civ. P. ("Rule") 11(b), Woodlock can assert the types of blanket disclaimers and outright denials, or the blunderbuss ADs, that are contained in his present pleading. And he should understand the risks that are entailed by the absence of objective good faith in those respects.

Milton I. Shadur
Senior United States District Judge

Date: November 30, 2004